IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -1 PM 4: 04

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| United States of America<br>    Plaintiff, | ) ) ) ) | |
| - VS - | ) ) | NO.  2:05cr20069 |
| Curtis Springer,<br>    Defendant. | ) ) ) | |

### ORDER OF TRANSFER OF CASE

Upon motion of the Defendant, and for good cause being shown, it is hereby ORDERED, ADJUDGED and DECREED that the above matter is transferred to be heard by Judge Samuel H. Mays, Jr. United States District Judge,.

Entered on this the 1 day of ~~May,~~ June 2005.

Judge J. Daniel Breen,
~~United~~ ed States District Judge



1

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-3-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20069 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT